IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RONNIE AND LINDA DILLARD | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:11-cv-01466-MHS |
| | ) | |
| ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT ALLSTATE INSURANCE COMPANY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1) The undersigned counsel of record for the respective parties certify that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**Plaintiffs:** Ronnie and Linda Dillard

**Defendant:** Allstate Insurance Company, which is a publicly traded company. Defendant is a wholly owned subsidiary of Allstate Corporation.

(2) The undersigned further certify that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**United Community Bank (UCB)**

(3) The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Attorneys for Plaintiffs:**
**Andrew M. Beal, Esq.**
**Sarah Thomas Jackson, Esq.**
**BEAL AND BLITCH, LLP**
**1100 Peachtree Street, Ste 640**
**Atlanta, GA 30309**
**Telephone: (404) 688-2700**

**Attorneys for Defendant Allstate:**
**Marvin D. Dikeman, Esq.**
**Melissa C. Patton, Esq.**
**Lacey J. Ourso, Esq.**
**WEBB, ZSCHUNKE, NEARY & DIKEMAN, LLP**
**One Securities Centre, Suite 1210**
**3490 Piedmont Road**
**Atlanta, Georgia 30305**
**Telephone: (404) 264-1080**

This 13th day of June, 2011.

         WEBB, ZSCHUNKE, NEARY &
          DIKEMAN, LLP

       By: */s/ Marvin D. Dikeman*
          MARVIN D. DIKEMAN
          Georgia State Bar No. 221760
          MELISSA C. PATTON
          Georgia State Bar 187560
          LACEY J. OURSO
          Georgia State Bar No. 670346
          ***Attorneys for Defendant Allstate***
          ***Insurance Company***

One Securities Centre, Suite 1210
3490 Piedmont Road
Atlanta, GA  30305
Telephone: 404.264.1080
Telecopier: 404.264.4520
E-Mail: mdikeman@wznd.net
E-Mail: mpatton@wznd.net
E-Mail: lourso@wznd.net

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RONNIE AND LINDA DILLARD | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:11-cv-01466-MHS |
| | ) | |
| ALLSTATE PROPERTY & | ) | |
| CASUALTY INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on I electronically filed the foregoing **DEFENDANT ALLSTATE INSURANCE COMPANY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** (prepared in Times New Roman 14 point font) with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Andrew M. Beal, Esq.
Sarah Thomas Jackson, Esq.
Beal and Blitch, LLP
1100 Peachtree Street, Ste 640
Atlanta, GA 30309
*Attorneys for Plaintiffs*

This 13th day of June, 2011.

                                        WEBB, ZSCHUNKE, NEARY
                                                & DIKEMAN, LLP

                                      By: */s/ Marvin D. Dikeman*
                                              MARVIN D. DIKEMAN
                                              Georgia State Bar No. 221760
                                             ***Attorney for Defendant Allstate***
                                             ***Insurance Company***

One Securities Centre, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, GA 30305
(404) 264-1080
(404) 264-4520
E-Mail: mdikeman@wznd.net